## STATE OF MICHIGAN
### IN THE CIRCUIT COURT FOR THE COUNTY OF WAYNE

**ROBERT BOSCH LLC,**

      **Plaintiff / Counter-Defendant,**       Case No: 24-009410-CB

v.       Hon. Brian R. Sullivan

**RIVIAN AUTOMOTIVE, LLC,**

      **Defendant / Counter-Plaintiff**

_____/

### ORDER

At a session of said Court held in the County of Wayne, State of Michigan on _____.

PRESENT THE HONORABLE: _____
CIRCUIT COURT JUDGE

This cause having come before the Court via Zoom, on May 6, 2025, for a status conference with counsel for Plaintiff/Counter-Defendant Robert Bosch LLC ("Bosch") and counsel for Defendant/Counter-Plaintiff Rivian Automotive, LLC ("Rivian") (collectively, the "Parties") appearing;

**IT IS HEREBY ORDERED** that:

The dates in the February 5, 2025 Status Conference Scheduling Order are adjourned, including the July 16, 2025 Case Evaluation and the August 27, 2025 Settlement Conference, as the parties have scheduled a further mediation in this case to be held on August 12, 2025;

The Parties shall return for a status conference after their mediation on August 18, 2025, at a time to be determined by the Court; and, if necessary, the Court will set a new scheduling order at this status conference;

This Order is not a final order, does not resolve the last pending claim, and does not close the case.

                                                    HON. BRIAN R. SULLIVAN

SO STIPULATED:

| | |
|---|---|
| */s/ Clay A. Guise* | */s/ Jeremy M. Creelan (w/ permission)* |
| Clay A. Guise (P59055) | Jeremy M. Creelan (pro hac vice) |
| *Attorneys for Robert Bosch LLC* | *Attorneys for Rivian Automotive, LLC* |

3