# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:24-cv-00514 | Anaergia Services, LLC, et. al. v. Kent County | 06/09/2025 |

**PARTIES**         Attendees

| Name | On Behalf Of |
|---|---|
| Yaniv Scherson | Plaintiff |
| Scott Hodgdon | Plaintiff |
| Luke Boughen | Plaintiff |
| Darwin Baas | Defendant |
| Brian Molde | Defendant |
| Linda Howell | Defendant |
| Jeannine Bolhouse | Defendant |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Mark Magyar | Plaintiff |
| John Rhoades | Plaintiff |
| Gary Mouw | Defendant |
| Neil Youngdahl | Defendant |
| | |
| | |

Result:    [✓] Case settled in full - Final paperwork will be filed: <u>within 30 days</u>*
           [ ] Mediation continuing - Date of Next Session _____
           [ ] Not settled - Mediation Completed

**\*Settlement is contingent on approval by the Kent County Board of Public Works and the Kent County Board of Commissioners.**

Dated: June 10, 2025                    By:  /s/ Lee T. Silver
                                             Lee T. Silver
                                             Mediator